IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES ELIJAH WEST**                                                          **PETITIONER**

**v.**                         **NO. 4:20-cv-00711 BRW**

**DEXTER PAYNE, Director of the**                                  **RESPONDENT**
**Arkansas Division of Correction**

<u>JUDGMENT</u>

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 27th day of October, 2020.


<u>Billy Roy Wilson</u>_____
UNITED STATES DISTRICT JUDGE